168 A.3d 1172

DONG HO LEE, PLAINTIFF, v. EUN KYUNG PARK, BYUNG CHUN SONG AND MOO GUNG WHA RESTAURANT, LLC, DEFENDANTS/THIRD-PARTY, PLAINTIFFS-PETITIONERS, v. YOUNG HA LEE, THIRD-PARTY, DEFENDANT.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005286–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1173

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PETER PAPASAVVAS, DEFENDANT–PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005146–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.